## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Slice of Life, LLC | : | |
| and Val Kleyman, | : | |
| Appellants | : | |
| | : | |
| v. | : | No. 941 C.D. 2016 |
| | : | |
| Hamilton Township | : | |
| Zoning Hearing Board | : | |
| and Hamilton Township | : | |

## **O R D E R**

NOW, August 7, 2017, having considered appellees' application for reargument and appellants' answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge